# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO ARMANDO FERNANDO PEREZ,<br><br>        Petitioner,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>        Respondents. | Case No. 26-cv-00770-BAS-BLM<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)** |

  Petitioner Lorenzo Armando Fernando Perez filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) The Court held a hearing on the Petition. (ECF No. 8.)

  For the reasons expressed at the hearing, the Court **GRANTS** the Petition. Specifically, the Court finds Petitioner's detention violates *Zadvydas v. Davis*, 533 U.S. 678 (2001), because there is no reasonable likelihood of removal in the reasonably foreseeable future. Accordingly, the Court issues the following writ:

  The Court **ORDERS** Respondents to release Lorenzo Armando Fernando Perez from custody into the care of his sister, Rosa Lopez, by tomorrow, February 28, 2026. Petitioner is to be released with Alternatives to Detention ("ATD"), at the discretion of Immigration and Customs Enforcement.

The Court also finds it appropriate to grant permanent injunctive relief as follows:

Respondents are **PROHIBITED** from removing Lorenzo Armando Fernando Perez without providing Petitioner, his sister Rosa Lopez, and Petitioner's counsel with notice of the country Respondents plan to remove him to and an opportunity to be heard. Respondents are ordered to give Petitioner, Rosa Lopez, and Petitioner's counsel said notice at least **ten days** before removal to give them a meaningful opportunity to raise opposition to the third country.

Respondents are **PROHIBITED** from re-detaining Lorenzo Armando Fernando Perez for removal unless Respondents have obtained a travel document to effectuate removal.

The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: February 27, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**